# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Charles F. Myers

Case No.: 15-19243

Hearing Date: 1/11/2019

Chapter: 13

Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Non-Payment

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** January 11, 2019 @ 9:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 11/14/2018

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 11/14/2018, 20 18 this notice was served on the following:

Debtor, Counsel for Debtor, and Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Charles F. Myers  
     Debtor

Case No. 15-19243-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db        Charles F. Myers,   2210 Venezia Ave,   Vineland, NJ 08361-6865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:

         Andrew Thomas Archer   on behalf of Debtor Charles F. Myers aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Brad J. Spiller   on behalf of Debtor Charles F. Myers bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
         Francesca Ann Arcure   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Francesca Ann Arcure   on behalf of Creditor   Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Lynn Therese Nolan   on behalf of Creditor   TD Auto Finance LLC ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
         Rebecca Ann Solarz   on behalf of Creditor   Towd Point Mortgage Trust 2017-FRE2 rsolarz@kmllawgroup.com  
         Rebecca Ann Solarz   on behalf of Creditor   Nationstar Mortgage LLC rsolarz@kmllawgroup.com  
         William M.E. Powers, III   on behalf of Creditor   Nationstar Mortgage, LLC ecf@powerskirn.com  
                                                                                                                                                   TOTAL: 10