UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

In Re:

    CHARLES F. MYERS

**Order Filed on January 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No: | 15-19243-ABA |
| Hearing Date: | 1/11/2019 |
| Judge: | Andrew B. Altenburg, Jr. |
| Chapter: | 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | ☒ Modified |

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: January 14, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☐     The debtor(s)' case is hereby DISMISSED

☒     The debtor(s)' plan is allowed to continue at the regular monthly payment of $617.00 for a period of

16 months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of

more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of

said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order

dismissing the debtor(s)' case.

☐     An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the

debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒     Other:

    ☒     IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause

    retains jurisdiction over any additional application filed within 30 days by any

    administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

    ☒     IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears

    being capitalized throught the debtor(s)' plan, and the plan shall continue at $18,220.00 which

    represents total receipts applied to plan.

2

IS_CHH_5001_OTBS

☐    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to

continue with a lump sum payment of _____ due within __ days from

the date of this Order.

☐    IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed,

such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for

Chapter 13 bankruptcy protection for a period of __ from the date of dismissal of debtor(s)'

case.

☐    IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier

payments of

☒    This order incorporates a fee application for debtor(s)' attorney in the

amount of $400.00 pending Court approval.

☐    A status hearing shall be held on _____.

IS_CHH_5001_OTBS

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 15-19243-ABA
Charles F. Myers                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jan 14, 2019
                              Form ID: pdf903      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db              Charles F. Myers,   2210 Venezia Ave,   Vineland, NJ  08361-6865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Charles F. Myers aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Charles F. Myers bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Francesca Ann Arcure    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC
               NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Lynn Therese Nolan    on behalf of Creditor   TD Auto Finance LLC ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Rebecca Ann Solarz    on behalf of Creditor   Towd Point Mortgage Trust 2017-FRE2
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC rsolarz@kmllawgroup.com
              William M.E. Powers, III   on behalf of Creditor   Nationstar Mortgage, LLC ecf@powerskirn.com
                                                                              TOTAL: 10