Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  15−19243−ABA
                      Chapter:  13
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles F. Myers
   aka Charles Myers Jr.
   2210 Venezia Ave
   Vineland, NJ 08361−6865

Social Security No.:
   xxx−xx−7788

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after October 5, 2020 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: September 4, 2020
JAN: eag

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Charles F. Myers  
    Debtor

Case No. 15-19243-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Sep 04, 2020  
                      Form ID: clsnodsc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.  
db          Charles F. Myers,   2210 Venezia Ave,   Vineland, NJ   08361-6865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 23:52:55     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 23:52:52     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ   07102-5235  
                                                                                                                                                       TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:  
         Andrew Thomas Archer    on behalf of Debtor Charles F. Myers aarcher@spillerarcherlaw.com,    bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com  
         Brad J. Spiller    on behalf of Debtor Charles F. Myers bankruptcy@brennerlawoffice.com,    aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com  
         Francesca Ann Arcure    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC    NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com  
         Francesca Ann Arcure    on behalf of Creditor   Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Lynn Therese Nolan    on behalf of Creditor   TD Auto Finance LLC ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com  
         Rebecca Ann Solarz    on behalf of Creditor   Towd Point Mortgage Trust 2017-FRE2, U.S. Bank     National Association, as Indenture Trustee rsolarz@kmllawgroup.com  
         Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC rsolarz@kmllawgroup.com  
         Rebecca Ann Solarz    on behalf of Creditor   Towd Point Mortgage Trust 2017-FRE2     rsolarz@kmllawgroup.com  
         William M.E. Powers, III    on behalf of Creditor   Nationstar Mortgage, LLC ecf@powerskirn.com  
                                                                                                                                                                                   TOTAL: 11