| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charles F. Myers** | Social Security number or ITIN   xxx–xx–7788 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–19243–ABA | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles F. Myers
aka Charles Myers Jr.

9/18/20

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-19243-ABA
Charles F. Myers                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2            Date Rcvd: Sep 18, 2020
                               Form ID: 3180W         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
```
db              Charles F. Myers,    2210 Venezia Ave,   Vineland, NJ  08361-6865
cr             +NATIONSTAR MORTGAGE, LLC,    P. O. Box 9013,   Addison, TX 75001-9013
cr             +Nationstar Mortgage LLC,   C/O Buckley Madole, P.C.,   99 Wood Avenue South, Suite 803,
                Iselin, NJ 08830-2713
515515884      +Apex Asset,   Po Box 230609,   Montgomery, AL 36123-0609
515515889      +Landis Sewerage Authority,   1776 S Mill Rd,   Vineland, NJ 08360-6200
515515890     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,   Attn: Bankruptcy,   350 Highland Dr,
                Lewisville, TX  75067-4177)
515515892      +Powers Kirn, LLC,   728 Marne Highway, Ste 200,   Moorestown, NJ 08057-3128
515604187     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,   Division Of Taxation,   Bankruptcy Section,
                PO Box 245,   Trenton, NJ 08695-0245)
515515893      South Jersey MRI,   1103 S Delsea Dr,   Vineland, NJ  08360-6263
515515894      South Jersey Regional Medical Center,   501 Front St,   Elmer, NJ  08318-2101
515730377     +TD Auto Finance LLC,   c/o Schiller & Knapp LLP,   950 New Loudon Road,   Suite 109,
                Latham, NY 12110-2190
515732314     +TD Auto Finance, LLC,   Attn Lynn T. Nolan, Esq.,   30 Montgomery Street, Suite 1205,
                Jersey City, NJ 07302-3835
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2020 02:01:11   U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2020 02:01:06   United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515515885       EDI: BANKAMER.COM Sep 19 2020 05:13:00   Bank Of America,
                Attn: Correspondence Unit/CA6-919-02-41,   PO Box 5170,   Simi Valley, CA  93062-5170
515515887       EDI: LCITDAUTO Sep 19 2020 05:13:00   Chrysler Financial Services,   PO Box 9223,
                Farmington Hills, MI  48333-9223
515515886       EDI: CAPITALONE.COM Sep 19 2020 05:13:00   Capital One,   Attn: Bankruptcy,   PO Box 30285,
                Salt Lake City, UT  84130-0285
515734786       EDI: CAPITALONE.COM Sep 19 2020 05:13:00   Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
515650127       EDI: PRA.COM Sep 19 2020 05:13:00   Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
515738763       EDI: PRA.COM Sep 19 2020 05:13:00   Portfolio Recovery Associates, LLC,   c/o Lowes,
                POB 41067,   Norfolk VA 23541
515515891      +EDI: PRA.COM Sep 19 2020 05:13:00   Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
515515895       EDI: NEXTEL.COM Sep 19 2020 05:13:00   Sprint,   PO Box 8077,   London, KY  40742-8077
515730380      +EDI: LCITDAUTO Sep 19 2020 05:13:00   TD Auto Finance LLC,   Trustee Payment Department,
                PO Box 16041,   Lewiston, Maine 04243-9523
                                                                                        TOTAL: 11
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517449119       Select Portfolio Servicing, Inc.,   P. O. Box 65450, Salt Lake City, UT 8416
517449120       Select Portfolio Servicing, Inc.,   P. O. Box 65450, Salt Lake City, UT 8416
                Select Portfolio Servicing, Inc.,   P. O. Box 65450, Salt Lake City, UT 8416
515706576*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,
                Dallas, Texas 75261-9741)
515515896*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,   PO Box 283,   Trenton, NJ  08602-0283)
515515888     ##Frederick J. Hanna & Associates, PC,   2253 Northwest Pkwy SE,   Marietta, GA  30067-8764
515515897    ###+Virtuoso Sourcing Grou,   3033 S Parker Rd, Ste 1000,   Aurora, CO 80014-2919
515515898     ##Zucker Goldberg & Ackerman, LLC,   200 Sheffield St Ste 101,   Mountainside, NJ  07092-2315
                                                             TOTALS: 2, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Sep 18, 2020
                             Form ID: 3180W            Total Noticed: 23

                ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Debtor Charles F. Myers aarcher@spillerarcherlaw.com,
          bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com
          Brad J. Spiller    on behalf of Debtor Charles F. Myers bankruptcy@brennerlawoffice.com,
          aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com
          Francesca Ann Arcure    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC
          NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor    Nationstar Mortgage LLC NJ_ECF_Notices@McCalla.com,
          NJ_ECF_Notices@McCalla.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Lynn Therese Nolan    on behalf of Creditor    TD Auto Finance LLC ecfnotices@grosspolowy.com,
          lnolan@grosspolowy.com
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2
          rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2, U.S. Bank
          National Association, as Indenture Trustee rsolarz@kmllawgroup.com
          William M.E. Powers, III    on behalf of Creditor    Nationstar Mortgage, LLC ecf@powerskirn.com
                                                                                     TOTAL: 11